1 | Manuel D. Serpa Calif. Bar No. 174182
2 | LAW OFFICES OF HARRY J. BINDER AND CHARLES E. BINDER, P.C.
3 | 770 The City Drive South Suite 2000
   | Orange, CA 92868
   | Phone (714) 564-8640
4 | Fax   (714) 940-0311
   | Email: manuel.serpa@binderlawfirm.com
5 |
6 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KRISTIAN A. RAMIREZ,             | ) No. 8:13-CV-01599-AS |
|                                  | ) |
|         PLAINTIFF,               | ) ~~PROPOSED~~ ORDER FOR PLAINTIFF TO |
|                                  | ) VOLUNTARILY DISMISS COMPLAINT |
|     v.                           | ) |
|                                  | ) |
| CAROLYN W. COLVIN, ACTING        | ) |
| COMMISSIONER OF SOCIAL           | ) |
| SECURITY,                        | ) |
|                                  | ) |
|         DEFENDANT.               | ) |

PURSUANT TO THE STIPULATION, IT IS ORDERED THAT PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS HIS COMPLAINT, WITH PREJUDICE, IS GRANTED.

DATED: March 13, 2014          _____/s/_____

                                HONORABLE ALKA SAGAR

                                United States Magistrate Judge

Proposed Order for Voluntary Dismissal

- 1